ROBERT HERBST, Respondent, *v.* KEYSTONE DRILLER COMPANY, Appellant.

First Department, March 9, 1917.

See head note in *Herbst* v. *Keystone Driller Co. (ante,* p. 668).

APPEAL by the defendant, Keystone Driller Company, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 7th day of October, 1916, granting a commission to examine as a witness one Von Koenig in behalf of the plaintiff in Brazil.

*Harry D. Nims,* for the appellant.

*Henry Siegrist,* for the respondent.

SMITH, J.:

The order should be reversed, with ten dollars costs and disbursements, and the motion for a commission denied, upon opinion in *Herbst* v. *Keystone Driller Co.* (176 App. Div. 668).

CLARKE, P. J., SCOTT, PAGE and DAVIS, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion denied.